UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER HOWELL                          )
                                            )
                    Plaintiff,              )
                                            )
v.                                          )      Case No. 20-1229-KHV
                                            )
ANDREW M. SAUL,                             )
Commissioner of Social Security Administration,   )
                                            )
                    Defendant.              )

## ORDER

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 4) is hereby granted.  If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **October 15, 2020**, so that the Clerk of the Court may proceed with service of process.  The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

IT IS SO ORDERED.

Dated October 1, 2020, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

1

O:\ORDERS\20-1229-KHV-4.docx